Atlas Data Privacy Corporation et al.

v.


Delvepoint, LLC


(D.N.J. No. 1-24-cv-04096)


Delvepoint, LLC,
        Petitioner