# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## NOTICE

## GRANT OF PERMISSION TO APPEAL

The Court of Appeals has granted petitions for permission to appeal in these cases.

The $605.00 docketing and filing fees must be paid in the district court within 5 days after the entry of the order granting permission to appeal, unless the petitioner is the United States government. Fed. R. App. P. 5. In addition, a cost bond must be filed if one is required under Fed. R. App. P. 7.

Notices of appeal do not need to be filed as a copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notices of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notices of appeal for calculating time under the Federal Rules of Appellate Procedure. **Petitioners should notify the Court of Appeals in writing when the filing and docketing fees have been paid.**

Upon receipt of the notice from petitioners, the appeals will be opened on the general docket. All future filings regarding the appeals will be entered under the new docket numbers.